[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10761
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00484-WBH-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY GEORGE SAMUDA,
a.k.a. Robert Raymon Biggs,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(November 28, 2012)

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

David Jones, appointed counsel for Gregory George Samuda in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Samuda's convictions and sentences are **AFFIRMED**.